## Executive Summary

As requested, information for denials and terminations has been provided in this spreadsheet. Please note that the information is for denials and terminations only. It is not individual level or family level information. It is possible that the same client provided an alternative or subsequent application that was approved for DHS services. Thus, the datasets are not indicative of whether a customer ultimately received benefits for other reasons, i.e., rescheduled interview, verification submitted within the 60 days of application date, duplicate application resolution, etc. Additionally, it is possible that the same individual or family submitted application(s) that were denied multiple times and counted several times within the list. Lastly, in the category, "registered in error," data entry errors were resolved with a "denial" designation in the system, and since this was not the final disposition of the application a denial notice was not sent to the customer at that time.

| Tab Name | Tab Description |
|---|---|
| Denials | This shows all reason for intake denials and counts for each reason. Time range is **program status date** 1/1/2024 to 10/8/2024 |
| Terminations | This shows all reason for renewal terminations and counts for each reason. Time range is terminated eligibility date date 1/1/2024 to 10/8/2024 later |

## Data request:

This message came from outside your organization.

Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email - STS-Security

Good afternoon, Jeff,

I am requesting the following documents under the Public Records Act. This is a citizen request; I am not connected with the media. A copy of my Tennessee Driver License is attached. Please respond by sending copies to my email address, which is gbonnyman@tnjustice.org. If the documents are too large to email, please make them accessible by uploading to a platform such as Box or Dropbox and notifying me how to access them.

1. Such records as are sufficient to document the number of SNAP denials that have occurred since January 1, 2024, broken down by reason for the denial.
2. Such records as are sufficient to document the number of SNAP terminations that have occurred since January 1, 2024, broken down by reason for the termination.

If costs for this matter exceed $50, please contact me in advance. If you have any questions or would like to discuss this matter, please contact me. Thank you for your assistance.

Best,

Gordon

Gordon Bonnyman
*Staff Attorney*

| Program | Activity Type | Status | Count | Percentage | Running Total | Reasons |
|---|---|---|---|---|---|---|
| FS | Intakes | Denial | 83343 | 24.75% | 24.75% | Failed To Keep Application Appointment |
| FS | Intakes | Denial | 61688 | 18.32% | 43.07% | Duplicate Application |
| FS | Intakes | Denial | 54625 | 16.22% | 59.29% | VERIFICATIONS NOT PROVIDED |
| **FS** | **Intakes** | **Denial** | **47685** | **14.16%** | **73.45%** | **Registered in Error** |
| FS | Intakes | Denial | 40361 | 11.99% | 85.44% | INCOME EXCEEDS INCOME LIMIT |
| FS | Intakes | Denial | 13340 | 3.96% | 89.40% | The household does not meet eligibility criteria. |
| FS | Intakes | Denial | 13271 | 3.94% | 93.34% | The individual requested voluntary withdrawal of application |
| FS | Intakes | Denial | 12483 | 3.71% | 97.05% | FAILED TO KEEP APPLICATION APPOINTMENT |
| FS | Intakes | Denial | 6344 | 1.88% | 98.93% | Voluntary Denial |
| FS | Intakes | Denial | 1656 | 0.49% | 99.42% | OVER RESOURCE LIMIT |
| FS | Intakes | Denial | 1083 | 0.32% | 99.74% | The household does not meet eligibility criteria., VERIFICATION NOT PROVIDED FOR EXPENSES |
| FS | Intakes | Denial | 226 | 0.07% | 99.81% | NO ELIGIBLE MEMBERS |
| FS | Intakes | Denial | 108 | 0.03% | 99.84% | The household does not meet eligibility criteria., We have to count the income and resources of an ineligible aid group member |
| FS | Intakes | Denial | 74 | 0.02% | 99.86% | Non-compliance for SNAP QC |
| FS | Intakes | Denial | 72 | 0.02% | 99.89% | INCOME EXCEEDS INCOME LIMIT, The individual requested voluntary withdrawal of application |
| FS | Intakes | Denial | 44 | 0.01% | 99.90% | INCOME EXCEEDS INCOME LIMIT, VERIFICATIONS NOT PROVIDED |
| FS | Intakes | Denial | 35 | 0.01% | 99.91% | CERTIFICATION PERIOD HAS ENDED, The household does not meet eligibility criteria. |
| FS | Intakes | Denial | 28 | 0.01% | 99.92% | Application Processed in ACCENT |
| FS | Intakes | Denial | 28 | 0.01% | 99.93% | FAILURE TO PROVIDE ACCEPTABLE IDENTIFICATION |
| FS | Intakes | Denial | 28 | 0.01% | 99.93% | VERIFICATION NOT PROVIDED FOR EXPENSES |
| FS | Intakes | Denial | 27 | 0.01% | 99.94% | FAILED TO KEEP APPLICATION APPOINTMENT, The individual requested voluntary withdrawal of application |
| FS | Intakes | Denial | 25 | 0.01% | 99.95% | FAILED TO KEEP APPLICATION APPOINTMENT, INCOME EXCEEDS INCOME LIMIT |
| FS | Intakes | Denial | 15 | 0.00% | 99.95% | INCOME EXCEEDS INCOME LIMIT, The household does not meet eligibility criteria. |
| FS | Intakes | Denial | 14 | 0.00% | 99.96% | FAILURE TO PROVIDE ACCEPTABLE IDENTIFICATION, The household does not meet eligibility criteria. |
| FS | Intakes | Denial | 14 | 0.00% | 99.96% | OVER RESOURCE LIMIT, VERIFICATION NOT PROVIDED FOR EXPENSES |
| FS | Intakes | Denial | 14 | 0.00% | 99.97% | The household does not meet eligibility criteria., The individual requested voluntary withdrawal of application |
| FS | Intakes | Denial | 12 | 0.00% | 99.97% | PRIMARY INDIVIDUAL REPORTED AS DECEASED |
| FS | Intakes | Denial | 10 | 0.00% | 99.97% | FAILURE TO PROVIDE ACCEPTABLE IDENTIFICATION, VERIFICATION NOT PROVIDED FOR EXPENSES |
| FS | Intakes | Denial | 10 | 0.00% | 99.98% | MEMBER ON STRIKE |
| FS | Intakes | Denial | 10 | 0.00% | 99.98% | The individual requested voluntary withdrawal of application, VERIFICATIONS NOT PROVIDED |
| FS | Intakes | Denial | 7 | 0.00% | 99.98% | CERTIFICATION PERIOD HAS ENDED |
| **FS** | **Intakes** | **Denial** | **7** | **0.00%** | **99.98%** | **No Reason -- According to Deloitte these seem to be approvals with initial testing** |
| FS | Intakes | Denial | 5 | 0.00% | 99.98% | INCOME EXCEEDS INCOME LIMIT, OVER RESOURCE LIMIT |
| FS | Intakes | Denial | 5 | 0.00% | 99.99% | SNAP IS REDUCED BY 10% DUE TO FAMILIES FIRST SANCTION |
| FS | Intakes | Denial | 5 | 0.00% | 99.99% | The household does not meet eligibility criteria., VERIFICATIONS NOT PROVIDED |
| FS | Intakes | Denial | 4 | 0.00% | 99.99% | CERTIFICATION PERIOD HAS ENDED, The household does not meet eligibility criteria., VERIFICATION NOT PROVIDED FOR EXPENSES |
| FS | Intakes | Denial | 4 | 0.00% | 99.99% | FAILED TO COOPERATE WITH QC |
| FS | Intakes | Denial | 4 | 0.00% | 99.99% | FAILED TO KEEP APPLICATION APPOINTMENT, The household does not meet eligibility criteria. |
| FS | Intakes | Denial | 4 | 0.00% | 99.99% | NO ELIGIBLE MEMBERS, VERIFICATIONS NOT PROVIDED |
| FS | Intakes | Denial | 3 | 0.00% | 99.99% | TRANSFER OF RESOURCE PENALTY |
| FS | Intakes | Denial | 2 | 0.00% | 99.99% | CERTIFICATION PERIOD HAS ENDED, NO ELIGIBLE MEMBERS |
| FS | Intakes | Denial | 2 | 0.00% | 99.99% | CERTIFICATION PERIOD HAS ENDED, OVER RESOURCE LIMIT |
| FS | Intakes | Denial | 2 | 0.00% | 99.99% | FAILURE TO PROVIDE ACCEPTABLE IDENTIFICATION, The household does not meet eligibility criteria., VERIFICATION NOT PROVIDED FOR EXPENSES |
| FS | Intakes | Denial | 2 | 0.00% | 99.99% | MEMBER ON STRIKE, The household does not meet eligibility criteria. |
| FS | Intakes | Denial | 2 | 0.00% | 100.00% | OVER RESOURCE LIMIT, VERIFICATIONS NOT PROVIDED |
| FS | Intakes | Denial | 2 | 0.00% | 100.00% | The household does not meet eligibility criteria., VERIFICATION NOT PROVIDED FOR EXPENSES, We have to count the income and resources of an ineligible aid group member |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | CERTIFICATION PERIOD HAS ENDED, INCOME EXCEEDS INCOME LIMIT, The household does not meet eligibility criteria. |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | CERTIFICATION PERIOD HAS ENDED, NO ELIGIBLE MEMBERS, The household does not meet eligibility criteria. |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | INCOME EXCEEDS INCOME LIMIT, NO ELIGIBLE MEMBERS |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | INCOME EXCEEDS INCOME LIMIT, The household does not meet eligibility criteria., The individual requested voluntary withdrawal of application |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | NO ELIGIBLE MEMBERS, The household does not meet eligibility criteria., VERIFICATION NOT PROVIDED FOR EXPENSES |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | NO ELIGIBLE MEMBERS, The individual requested voluntary withdrawal of application |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | OVER RESOURCE LIMIT, The household does not meet eligibility criteria. |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | OVER RESOURCE LIMIT, We have to count the income and resources of an ineligible aid group member |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | SNAP IS REDUCED BY 10% DUE TO FAMILIES FIRST SANCTION, The household does not meet eligibility criteria. |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | SNAP IS REDUCED BY 10% DUE TO FAMILIES FIRST SANCTION, VERIFICATION NOT PROVIDED FOR EXPENSES |
| FS | Intakes | Denial | 1 | 0.00% | 100.00% | We have to count the income and resources of an ineligible aid group member |

336745

| Program | Status | Count | Percentage | Running Total | Reasons |
|---|---|---|---|---|---|
| FS | Termination | 70612 | 57.17% | 57.17% | EL3016 - FAILED TO REAPPLY OR RENEW BENEFITS |
| FS | Termination | 16431 | 13.30% | 70.47% | EL9111 - The household does not meet eligibility criteria. |
| FS | Termination | 10277 | 8.32% | 78.80% | EL3006 - INCOME EXCEEDS INCOME LIMIT |
| FS | Termination | 9413 | 7.62% | 86.42% | EL1004 - FAILURE TO COMPLY WITH MID-CERT REPORTING |
| FS | Termination | 6360 | 5.15% | 91.57% | EL5054 - VERIFICATIONS NOT PROVIDED |
| FS | Termination | 5285 | 4.28% | 95.84% | EL5056 - FAILED TO KEEP RENEWAL APPOINTMENT |
| FS | Termination | 2800 | 2.27% | 98.11% | EL5023 - The individual requested voluntary withdrawal of application |
| FS | Termination | 744 | 0.60% | 98.71% | EL6174 - CERTIFICATION PERIOD HAS ENDED |
| FS | Termination | 419 | 0.34% | 99.05% | EL9100 - PRIMARY INDIVIDUAL REPORTED AS DECEASED |
| FS | Termination | 381 | 0.31% | 99.36% | EL0021 - LOSS OF CONTACT |
| FS | Termination | 320 | 0.26% | 99.62% | EL3008 - OVER RESOURCE LIMIT |
| FS | Termination | 213 | 0.17% | 99.79% | EL6174 - CERTIFICATION PERIOD HAS ENDED; EL9111 - The household does not meet eligibility criteria. |
| FS | Termination | 100 | 0.08% | 99.87% | EL9025 - CHANGE IN CIRCUMSTANCES |
| FS | Termination | 65 | 0.05% | 99.93% | EL1025 - NO ELIGIBLE MEMBERS |
| FS | Termination | 17 | 0.01% | 99.94% | EL9103 - Your household is not eligible for a benefit amount |
| FS | Termination | 14 | 0.01% | 99.95% | EL1059 - FAILED TO COOPERATE WITH QC |
| FS | Termination | 9 | 0.01% | 99.96% | EL1005 - FAILURE TO PROVIDE ACCEPTABLE IDENTIFICATION |
| FS | Termination | 9 | 0.01% | 99.97% | EL9110 - We have to count the income and resources of an ineligible aid group member; EL9111 - The household does not meet eligibility criteria. |
| **FS** | **Termination** | **9** | **0.01%** | **99.97%** | **No reason given** |
| FS | Termination | 6 | 0.00% | 99.98% | EL9021 - CHANGE IN THE PEOPLE IN YOUR CASE; EL9025 - CHANGE IN CIRCUMSTANCES; EL9026 - CHANGE IN INCOME LIMITS |
| FS | Termination | 4 | 0.00% | 99.98% | EL0021 - LOSS OF CONTACT; EL9111 - The household does not meet eligibility criteria. |
| FS | Termination | 3 | 0.00% | 99.98% | EL3008 - OVER RESOURCE LIMIT; EL6174 - CERTIFICATION PERIOD HAS ENDED |
| FS | Termination | 3 | 0.00% | 99.99% | EL9023 - CHANGE IN INCOME; EL9024 - CHANGE IN EXPENSES OR DEDUCTIONS; EL9025 - CHANGE IN CIRCUMSTANCES |
| FS | Termination | 2 | 0.00% | 99.99% | EL1005 - FAILURE TO PROVIDE ACCEPTABLE IDENTIFICATION; EL9111 - The household does not meet eligibility criteria. |
| FS | Termination | 2 | 0.00% | 99.99% | EL6005 - TRANSFER OF RESOURCE PENALTY |
| FS | Termination | 1 | 0.00% | 99.99% | EL9021 - CHANGE IN THE PEOPLE IN YOUR CASE; EL9024 - CHANGE IN EXPENSES OR DEDUCTIONS; EL9025 - CHANGE IN CIRCUMSTANCES; EL9026 - CHANGE IN INCOME LIMITS |
| FS | Termination | 1 | 0.00% | 99.99% | EL9021 - CHANGE IN THE PEOPLE IN YOUR CASE; EL9025 - CHANGE IN CIRCUMSTANCES |
| FS | Termination | 1 | 0.00% | 99.99% | EL9022 - CHANGE IN RESOURCES; EL9023 - CHANGE IN INCOME; EL9024 - CHANGE IN EXPENSES OR DEDUCTIONS; EL9025 - CHANGE IN CIRCUMSTANCES |
| FS | Termination | 1 | 0.00% | 99.99% | EL9022 - CHANGE IN RESOURCES; EL9024 - CHANGE IN EXPENSES OR DEDUCTIONS; EL9025 - CHANGE IN CIRCUMSTANCES |
| FS | Termination | 1 | 0.00% | 100.00% | EL9023 - CHANGE IN INCOME |
| FS | Termination | 1 | 0.00% | 100.00% | EL9023 - CHANGE IN INCOME; EL9025 - CHANGE IN CIRCUMSTANCES |
| FS | Termination | 1 | 0.00% | 100.00% | EL9023 - CHANGE IN INCOME; EL9025 - CHANGE IN CIRCUMSTANCES; EL9026 - CHANGE IN INCOME LIMITS |
| FS | Termination | 1 | 0.00% | 100.00% | EL9025 - CHANGE IN CIRCUMSTANCES; EL9026 - CHANGE IN INCOME LIMITS |
| FS | Termination | 1 | 0.00% | 100.00% | EL9026 - CHANGE IN INCOME LIMITS |
| FS | Termination | 1 | 0.00% | 100.00% | EL9078 - SNAP IS REDUCED BY 10% DUE TO FAMILIES FIRST SANCTION |
| FS | Termination | 1 | 0.00% | 100.00% | EL9103 - Your household is not eligible for a benefit amount; EL9111 - The household does not meet eligibility criteria. |
| | | | 0.00% | 100.00% | |

123510