# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ERIN BULL, et al., | ) |
| Plaintiffs, | ) NO. 3:25-cv-00041 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| CLARENCE H. CARTER, | ) MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) |

## ORDER

Pending before the Court are the parties' respective proposed schedules for the Special Master. (Doc. Nos. 65, 66). The parties propose different deadlines for submitting the name of an agreed-upon Special Master, submitting Defendant's proposed remedial plan to the Special Master, and the Special Master's report regarding Defendant's proposed remedial plan. Defendant also proposes deadlines for the parties' objections to the Special Master's report and for the parties to request a hearing on objections after the objections are filed.

It is hereby **ORDERED** that:

1. The parties shall submit the name of an agreed-upon special master to the Court by May 8, 2025. In the event the parties cannot reach an agreed-upon special master, each party shall submit the names of three potential special masters to the Court by May 8, 2025.

2. Defendant shall provide a copy of his proposed remedial plan to Plaintiffs and the Special Master within 60 days of the Special Master's appointment.

3. Within 30 days of receipt of Defendant's proposed remedial plan, the Special Master shall submit a report to the parties and the Court that assesses the remedial plan and contains any recommendations for further action by the Court.

4. The parties may object to, or move to adopt or modify, the special master's report no later than 21 days after a copy is served.

5. The parties may request that a hearing on objections or remaining issues be scheduled within 30 days after objections are filed.

6. Defendant also requests that discovery be stayed. Both parties state that they are currently discussing whether they can reach an agreement on an informal stay of discovery without the need for judicial intervention. Accordingly, on or before May 5, 2025, the parties shall file a status report regarding whether they have reached an agreement about staying discovery.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE