IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ERIN BULL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CLARENCE H. CARTER, in his official capacity as Commissioner of the Tennessee Department of Human Services,<br><br>    Defendant. | Civil Action No. 3:25-cv-00041<br><br>Class Action<br><br>Chief Judge Campbell<br><br>Magistrate Frensley |

## JOINT MOTION FOR STAY OF DISCOVERY AND DEFENDANT'S PRODUCTION OF SELECT DOCUMENTATION

In its April 15, 2025 Order, the Court directed the parties to provide an update about their discussions concerning a stay of discovery. ECF No. 67 at 2. Pursuant to Fed. R. Civ P. 26(c), the parties move for a temporary stay of discovery until the submission of the Special Master's Report. A stay of discovery may be granted for good cause. Fed. R. Civ. P. 26(c)(1). Here, good cause exists. Defendant has represented that many of the same individuals at the Department of Human Services who would be responsible for responding to inquiries from a special master are the same individuals who would likely be responding to discovery requests if issued by Plaintiffs. In order to give the Special Master process the best chance of success and to minimize burden on Defendant, both parties move for a stay of discovery until the submission of the Special Master's report, which under the Court's April 15, 2025 Order will occur 90 days after the Special Master's appointment. *See* ECF No. 67 at 2.

During the time of a stay, Defendant agrees to produce the following documents to Plaintiffs that DHS generates during the stay and provides to the Food and Nutrition Service

("FNS") of the United States Department of Agriculture: any FNS 366B reports including FY25 Q2 366B, Quality Control Application Processing Timeliness reviews or reports, state-reported APT rates, and Corrective Action Plan responses. Defendant will produce these documents within 5 business days of production to FNS..

Thus, the parties jointly move for entry of an agreed order (attached as Attachment 1 to this Joint Motion) that stays discovery until the issuance of the Special Master's Report, which is due 90 days after his or her appointment;

April 25th, 2025

Respectfully submitted,

*/s Brant Harrell*

Brant Harrell

**TENNESSEE JUSTICE CENTER**
Michele Johnson, TN BPR 16756
Gordon Bonnyman, Jr. TN BPR 2419
Brant Harrell, TN BPR 24470
TENNESSEE JUSTICE CENTER
155 Lafayette Street
Nashville, TN 37210
Phone: (615) 255-0331
Fax: (615) 255-0354
mjohnson@tnjustice.org
gbonnyman@tnjustice.org
bharrell@tnjustice.org

**DLA PIPER (US)**
Whitney C. Cloud,* PA Bar 331157
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Phone: (215) 656-3300
whitney.cloud@us.dlapiper.com

Connor Rowinski,* NY Bar 6044036
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Phone: (212) 335-4500
connor.rowinski@us.dlapiper.com

**HOGAN LOVELLS (US)**
E. Desmond Hogan,* DC Bar 458044
Jennifer Fleury,* DC Bar 187503
Melissa Giangrande Jacobs,* DC Bar 1735486
Fleming Farrell,* DC Bar 90004877
Katherine Valde,* DC Bar 90007448
Soojin Jeong,* DC Bar 90021021
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Phone: (202) 637-5600
Fax: (202) 637-5910
desmond.hogan@hoganlovells.com
jennifer.fleury@hoganlovells.com
melissa.giangrande@hoganlovells.com
fleming.farrell@hoganlovells.com
katherine.valde@hoganlovells.com
soojin.jeong@hoganlovells.com

**MAZON**
Sarah Pratter,* CA Bar 318130
MAZON, INC.
15303 Ventura Blvd, Ste 1100
Sherman Oaks, CA 91403-6621

Allexanderia V. Bingham,* CA Bar 292672
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4735
Phone: (310) 595-3000
allexanderia.bingham@us.dlapiper.com

Phone: (310) 442-0020
Fax: (310) 442-0030
spratter@mazon.org

*Admitted *pro hac vice*

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Miranda Jones*
MIRANDA JONES (#36070)
Senior Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
RYAN HENRY (# 40028)
MATT DOWTY (#32078)
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 521-0417
Fax (615) 532-3926
Miranda.Jones@ag.tn.gov
Ryan.Henry@ag.tn.gov
Matthew.Dowty@ag.tn.gov

*Counsel for Defendant Carter*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's electronic records system (CM/ECF) on this the 25th day of April, 2025 to the counsel listed below:

Miranda H. Jones, Senior Assistant Attorney General
Ryan Henry, Assistant Attorney General
Matthew Dowty, Senior Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

*/s Brant Harrell*

Brant Harrell