IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ERIN BULL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CLARENCE H. CARTER, in his official capacity as Commissioner of the Tennessee Department of Human Services,<br><br>    Defendant. | Civil Action No. 3:25-cv-00041<br><br>Class Action<br><br>Chief Judge Campbell<br><br>Magistrate Frensley |

## AGREED ORDER

The parties have jointly moved under Fed. R. Civ. P. 26(c) for a stay of discovery to last until submission of the Special Master's report provided that Defendant produces select documentation as outlined below.

Good cause exists for a stay of discovery to provide the Special Master with the best chance of success and to reduce burden on the agency. Defendant has represented that many of the same individuals at the Department of Human Services who would be responsible for responding to inquiries from a special master are the same individuals who would likely be responding to discovery requests if issued by Plaintiffs.

The parties' Joint Motion is GRANTED.

(1) Discovery shall be stayed in this matter until the issuance of the Special Master's report, which is required to be submitted 90 days after his or her appointment;

(2) Defendant shall produce the following documents to Plaintiffs that that DHS generates during the stay and provides to the Food and Nutrition Service ("FNS") of the United States Department of Agriculture: any FNS 366B reports including FY25 Q2 366B,

Quality Control Application Processing Timeliness reviews or reports, state-reported APT rates, and Corrective Action Plan responses. Defendant will produce these documents to Plaintiffs within 5 business days of production to FNS.

**IT IS SO ORDERED.**

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

April 25, 2025                              Respectfully submitted,

*/s Brant Harrell*

Brant Harrell

| | |
|---|---|
| **TENNESSEE JUSTICE CENTER** | **HOGAN LOVELLS (US)** |
| Michele Johnson, TN BPR 16756 | E. Desmond Hogan,* DC Bar 458044 |
| Gordon Bonnyman, Jr. TN BPR 2419 | Jennifer Fleury,* DC Bar 187503 |
| Brant Harrell, TN BPR 24470 | Melissa Giangrande Jacobs,* DC Bar 1735486 |
| TENNESSEE JUSTICE CENTER | Fleming Farrell,* DC Bar 90004877 |
| 155 Lafayette Street | Katherine Valde,* DC Bar 90007448 |
| Nashville, TN 37210 | Soojin Jeong,* DC Bar 90021021 |
| Phone: (615) 255-0331 | HOGAN LOVELLS US LLP |
| Fax: (615) 255-0354 | 555 Thirteenth Street, NW |
| mjohnson@tnjustice.org | Washington, DC 20004 |
| gbonnyman@tnjustice.org | Phone: (202) 637-5600 |
| bharrell@tnjustice.org | Fax: (202) 637-5910 |
| | desmond.hogan@hoganlovells.com |
| **DLA PIPER (US)** | jennifer.fleury@hoganlovells.com |
| Whitney C. Cloud,* PA Bar 331157 | melissa.giangrande@hoganlovells.com |
| One Liberty Place | fleming.farrell@hoganlovells.com |
| 1650 Market Street, Suite 5000 | katherine.valde@hoganlovells.com |
| Philadelphia, PA 19103 | soojin.jeong@hoganlovells.com |
| Phone: (215) 656-3300 | |
| whitney.cloud@us.dlapiper.com | |
| | **MAZON** |
| Connor Rowinski,* NY Bar 6044036 | Sarah Pratter,* CA Bar 318130 |
| 1251 Avenue of the Americas, 27th Floor | MAZON, INC. |
| New York, NY 10020-1104 | 15303 Ventura Blvd, Ste 1100 |
| Phone: (212) 335-4500 | Sherman Oaks, CA 91403-6621 |
| connor.rowinski@us.dlapiper.com | Phone: (310) 442-0020 |

Allexanderia V. Bingham,* CA Bar 292672
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4735
Phone: (310) 595-3000
allexanderia.bingham@us.dlapiper.com

Fax: (310) 442-0030
spratter@mazon.org

*Admitted *pro hac vice*

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Miranda Jones*
MIRANDA JONES (#36070)
Senior Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
RYAN HENRY (# 40028)
MATT DOWTY (#32078)
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 521-0417
Fax (615) 532-3926
Miranda.Jones@ag.tn.gov
Ryan.Henry@ag.tn.gov
Matthew.Dowty@ag.tn.gov

*Counsel for Defendant Carter*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's electronic records system (CM/ECF) on this the 25th day of April, 2025 to the counsel listed below:

Miranda H. Jones, Senior Assistant Attorney General
Ryan Henry, Assistant Attorney General
Matthew Dowty, Senior Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

*/s Brant Harrell*

Brant Harrell