IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIN BULL, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CLARENCE H. CARTER, )<br>)<br>Defendant. ) | NO. 3:25-cv-00041<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## ORDER DISMISSING TAMIKA DAVIS AND BRANDI TAPIA AS PLAINITFFS

Plaintiffs Tamika Davis and Brandi Tapia through counsel seek the dismissal of Tamika Davis and Brandi Tapia as Plaintiffs in this action pursuant to Fed. R. Civ. P. 21. Under Fed. R. Civ. P. 21, "on motion or on its own, the court may at any time, on just terms, add or drop a party." Good cause exists for dismissal. Tamika Davis and Brandi Tapia, through counsel, have indicated that they no longer wish to participate in the lawsuit as Plaintiffs.

Based on the above:

(1) Tamika Davis and Brandi Tapia are dismissed as Plaintiffs in this action along with their claims for injunctive relief based on the facts asserted in the Complaint with prejudice;

(2) The remaining Plaintiffs shall continue to serve as Plaintiffs in this action and their claims are unaffected by this Order; and

(3) Nothing herein shall prohibit Ms. Davis or Ms. Tapia from filing a new action for any actionable conduct that occurs after entry of this order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE