IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ERIN BULL, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | NO. 3:25-cv-00041 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| CLARENCE H. CARTER, | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Motion to Dismiss in Part filed by Defendant Clarence H. Carter, in his official capacity as Commissioner of the Tennessee Department of Human Services. (Doc. No. 75). Plaintiffs filed a Response in Opposition (Doc. No. 80) and Supplemental Response in Opposition (Doc. No. 84), and Defendant filed a Reply (Doc. No. 86). For the reasons set forth in the accompanying memorandum, Defendant's Motion will be **GRANTED** in part and **DENIED** in part. Defendant's request to dismiss Plaintiff Kathryn Colbert is **GRANTED**. Defendant's motion to dismiss Plaintiffs' claims is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE