> **ORDER:** The motion (Doc. No. 96) is GRANTED.
>
> /s/ William L. Campbell Jr.

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **ERIN BULL, KATHRYN COLBERT, TAMIKA DAVIS, MISSAES DESJARDINS, EMILY GUGLIEMELLI, TRISTA HUBBARD, CANDICE JACQUES, REZ'HANA MADDOX, SHERAY OMINYI, CANDACE PEGUES, BRANDI TAPIA, and THE CONTRIBUTOR, INC., a Tennessee-based non-profit corporation,** <br><br> Plaintiffs, <br><br> v. <br><br> **CLARENCE H. CARTER, in his official capacity as Commissioner of the Tennessee Department of Human Services,** <br><br> Defendant. | No. 3:25-cv-41 <br><br> **Chief Judge William Campbell** <br> **Magistrate Judge Jeffery Frensley** |

## DEFENDANT'S MOTION TO EXTEND THE ANSWER DEADLINE

Defendant Commissioner Carter respectfully moves under Fed. R. Civ. P. 6(b) and Local Rule 6.01 to extend the deadline to file an answer until 30 days after the Court rules on his pending motion for reconsideration. Good cause exists to grant this motion.

On August 1, 2025, Court denied Defendant's motion to dismiss in part. (Dkts. 91, 92.) Defendant's answer is therefore currently due on August 15, 2025. Fed. R. Civ. P. 12(a)(4)(A). However, for three reasons, it would not be feasible or appropriate for DHS to file an answer on that date.

First, lead counsel for Defendant has motions to dismiss due in two other federal cases on August 15, 2025, and August 22, 2025, as well as the briefing deadline just set for August 29, 2025, in this litigation (Dkt. 93), which will require significant attention and prevent her from drafting the Answer by August 15, 2025.

Second, Defendant has filed a motion for reconsideration based on *Medina v. Planned Parenthood South Atlantic*, 145 S. Ct. 2219 (2025), that argues for dismissal of Counts 1–4 of the complaint and demonstrates why class certification and injunctive relief is inappropriate. If the Court grants this motion, it will alter the contents of the answer.

Third, if the Court denies the motion for reconsideration, it would not be feasible for Defendant to draft an answer in only 14 days. The Complaint spans 388 paragraphs over 80 pages, includes allegations specific to the 9 remaining named plaintiffs and 3 putative classes, and seeks intricate declaratory and injunctive relief related to the administration of a complex federal benefits program. Dkt. 1. Preparing an answer to such a lengthy complaint would require more than 14 days, and it would be inefficient for Defendant to pre-write an answer in advance of a ruling on his motion for reconsideration, which may impact the contents of his answer.

Pursuant to Local Rule 7.01(a)(1), Defendant's counsel conferred with Plaintiffs' counsel about this motion on August 5, 2025, and Plaintiffs oppose the motion.

Thus, Defendant's motion should be granted, and he should be allowed an extension until 30 days after the Court rules on his motion for reconsideration to file an answer.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*s/ Matt Dowty*
MATT DOWTY (TN #32078)
MIRANDA JONES (TN #36070)
RYAN HENRY (TN #40028)
P.O. Box 20207
Nashville, Tennessee 37202-0207
(901) 543-9040
Miranda.Jones@ag.tn.gov
Ryan.Henry@ag.tn.gov
Matthew.Dowty@ag.tn.gov
*Counsel for Defendant Carter*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served by operation of the Court's ECF/PACER system on this the 8th day of August 2025, upon:

**TENNESSEE JUSTICE CENTER**

Michele Johnson,
Gordon Bonnyman, Jr.
Brant Harrell,
TENNESSEE JUSTICE CENTER
155 Lafayette Street
Nashville, TN 37210
Phone: (615) 255-0331
Fax: (615) 255-0354
mjohnson@tnjustice.org
gbonnyman@tnjustice.org
bharrell@tnjustice.org

**DLA PIPER (US)**

Whitney C. Cloud,*
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Phone: (25) 656-3300
Email: whtney.cloud@us.dlapiper.com

Connor Rowinski,*
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Phone: (212) 335-4500
Email: connor.rowinski@us.dlapiper.com

Alexandria V. Bingham,*
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067-4735
Phone: (310) 595-3000
Email: allexanderia.bing-ham@us.dlapiper.com

**HOGAN LOVELLS (US)**

E. Desmond Hogan,*
Jennifer Fleury,*
Melissa Giangrande Jacobs,*
Fleming Farrell,*
Katherine Valde,*
Soojin Jeong,*
Devin Urness
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
desmond.hogan@hoganlovells.com
jennifer.fleury@hoganlovells.com
melissa.giangrande@hoganlovells.com
fleming.farrell@hoganlovells.com
katherine.valde@hoganlovells.com
soojin.jeong@hoganlovells.com
devin.urness@hoganlovells.com

**MAZON**

Sarah Pratter,*
Director of Legal Advocacy
MAZON, Inc.
15303 Ventura Blvd, Ste 1100
Sherman Oaks, CA 91403-6621
Phone: (310) 442-0020
Facsimile: (310) 442-0030
spratter@mazon.org

*Admitted *Pro Hac Vice*

s/ *Matt Dowty*
Matt Dowty
Senior Assistant Attorney General