IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIN BULL, et al., | ) |
| | ) |
| Plaintiffs, | ) NO. 3:25-cv-00041 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| CLARENCE H. CARTER, | ) MAGISTRATE JUDGE FRENSLEY |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiffs' Motion for Class Certification (Doc. No. 24). Defendant filed a response in opposition (Doc. No. 40) and Plaintiffs filed a reply (Doc. No. 58).

Plaintiffs seek to certify the following classes:

1. An "Application Delay Class" consisting of: "all Tennessee residents who since December 10, 2023 have applied, are applying, or will apply for SNAP benefits through an initial or recertification application and who have not or will not receive an eligibility determination from DHS within the legally required timeframes." (Doc. No. 24-4 at 3);

2. An "Appeals Delay Class" consisting of: "all Tennessee residents who since November 10, 2023 have filed an appeal, are filing an appeal, or will file an appeal for SNAP benefits through DHS's administrative process and have not or will not receive an eligibility determination within the legally required timeframes." (*Id.*); and

3. A "Restoration of Lost Benefits Class" consisting of: "all Tennessee residents who since January 10, 2024, and within one year of an action by DHS adversely affecting their SNAP benefits, requested or will request restoration of SNAP benefits from DHS but were or will be denied a hearing because the request for restoration was or will be made more than 90 days after their loss of benefits." (*Id.* at 4).

In June 2025, the Court appointed Edward L. Stanton III to serve as Special Master in this case. (Doc. No. 88). Among other duties, the Special Master is responsible for "analyz[ing] and assist[ing] with the creation, review, and implementation of Defendant's proposed remedial plan addressing the topics raised in Plaintiffs' motion for preliminary injunction." (Doc. No. 88 at 2). The Special Master will also submit a report to the parties and the Court assessing Defendant's proposed remedial plan and recommending further remedial or other action by the Court.

The Special Master's report and recommendation will likely impact Plaintiffs' arguments in the underlying class certification motion, including Plaintiffs' proposed class definitions. For example, if the Special Master recommends and the Court finds that Defendant is currently complying with his obligations under the SNAP Act, Plaintiffs will likely need to tailor their proposed class definitions and otherwise alter their arguments in support of class certification. Moreover, ruling on Plaintiffs' class certification motion before the Special Master's report and recommendation could result in unnecessarily expending judicial resources and is premature as the report and recommendation will likely increase the efficiency of trial and streamline the issues in this case.

Because the Special Master's report and recommendation is likely to impact the parties' class certification briefs and the Court's analysis of class certification, Plaintiffs' class certification motion (Doc. No. 24) is **DENIED** without prejudice to refiling after the Special Master issues his report and recommendation.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE