# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **ERIN BULL**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 3:25-cv-00041** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **CLARENCE H. CARTER, in his** | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **official capacity as Commissioner of** | ) | |
| **the Tennessee Department of Health** | ) | **SPECIAL MASTER ED STANTON III** |
| **and Human Services,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is the parties' joint motion to stay proceedings in this matter to allow the parties engage in mediation. (Doc. No. 113). Finding good cause to grant the requested relief, the Motion to Stay is **GRANTED**. Accordingly, all proceedings are **STAYED** and this case **ADMINISTRATIVELY CLOSED** pending further order of the Court. The parties shall endeavor to schedule the mediation to take place within 90 days and shall submit a status report within 30 days with mediation details, including the name of the mediator and the mediation schedule.

During the period of the stay or unless otherwise ordered by the Court all deadlines, including Defendant's deadline to submit a response to the Special Master's Initial Report, are suspended, and ruling on any pending motions is deferred. The Special Master may continue work on Defendant's pending Motion to Exclude during the stay, but shall withhold distribution of any Recommendation until the stay is lifted or the Court orders otherwise.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE